Argued June 22, affirmed June 22, petition for rehearing
denied July 25, 1972

STATE OF OREGON, *Respondent, v.* STEVEN
J. KLETZEL (No. C71-11-3437 Cr), *Appellant.*

497 P2d 1214

*Oscar D. Howlett,* Portland, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.